

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-11-00543-CR

Jeremy Alan **BUTLER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B10-25
The Honorable M. Rex Emerson, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED May 29, 2013.

Karen Angelini, Justice